# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KENDRICK VOLTER

NO. 2024 KW 0713

**OCTOBER 7, 2024**

---

In Re:   Kendrick Volter, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-20-04265.

---

BEFORE:   **WOLFE, MILLER, AND GREENE, JJ.**

**WRIT GRANTED.** The trial court's ruling denying relator's motion to withdraw his guilty plea is reversed and this matter is remanded to the district court for further proceedings. The plea was not a voluntary and intelligent relinquishment of known rights because the trial court read the elements and penalty range for armed robbery at the **Boykin** hearing without reference to La. R.S. 14:64.3 and the firearms enhancement. See **State v. Phillips**, 2022-1362 (La. App. 1st Cir. 6/20/23), 2023 WL 4067697, *2 (unpublished), writ denied, 2023-01004 (La. 1/24/24), 377 So.3d 691. The trial court must clearly indicate, with reference to the counts in the charging instrument, the nature of each offense, the statutes violated, and the terms of imprisonment imposed. See **State v. Cooper**, 2020-00105 (La. 3/2/21), 311 So.3d 341.

                    EW
                    SMM
                    HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT